

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

No. 04-19-00854-CR

**IN RE** Jemadari Chinua **WILLIAMS**

Original Mandamus Proceeding[1]

**ORDER**

On December 9, 2019, relator filed a petition for writ of mandamus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's "Petition for Leave" is also DENIED.

It is so **ORDERED** on December 18, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. B19346, styled *The State of Texas v. Jemadari Chinua Williams*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Rex Emerson presiding.